[Department Two.—May 8, 1883.]

## P. GATELY, RESPONDENT, v. WILLIAM LEVISTON ET AL., APPELLANTS.

STREET ASSESSMENT—JURISDICTION OF THE BOARD OF SUPERVISORS.—An assessment for grading the crossing of two streets in the city and county of San Francisco, *held* to be invalid for want of jurisdiction in the board of supervisors to order the work without a petition from the property owners, or a recommendation by the superintendent of streets.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

The facts are stated in the opinion of the court.

*B. S. Brooks,* and *Wm. Leviston,* for Appellants.

*J. M. Wood,* and *J. C. Bates,* for Respondent.

SHARPSTEIN, J.—Action upon a street assessment for *grading* the crossing of Broadway and Gough Streets. The record shows that the property owners upon whose petition the board

of supervisors is authorized to order that kind of work to be done did not petition to have it done, nor did the superintendent of streets recommend that it should be done. Without such a petition or recommendation the appellant contends that the board could not acquire jurisdiction to order the work done. Such is our understanding of the law. (Stats. 1871–72, § 4, p. 805; *Dyer* v. *North,* 44 Cal. 157; *Dyer* v. *Miller,* 58 Cal. 585.)

Judgment and order reversed.

THORNTON, J., and MYRICK, J., concurred.